# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2021

160436

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MUHAMMAD ALTANTAWI,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 160436
COA: 346775
Oakland CC: 2017-265355-FJ

On order of the Chief Justice, the case is ADJOURNED from the January 2021 oral argument session of the Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2021



Clerk